IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OPEN PARKING, LLC, ) | |
| ) | |
| Plaintiff, ) | **Case No. 2:15-cv-299-CB** |
| ) | |
| v. ) | |
| ) | |
| STREETLINE, INC., ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF GREGG F. LOCASCIO, P.C.**

Gregg F. LoCascio, P.C., undersigned counsel for Defendant Streetline, Inc., hereby moves that Gregg F. LoCascio, P.C. be admitted to appear and practice in this Court as counsel *pro hac vice* for Defendant Streetline, Inc. in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and his Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Gregg F. LoCascio, P.C. filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated:  06/17/2015

s/Gregg F. LoCascio, P.C.
Gregg F. LoCascio, P.C.
D.C. Bar No. 452814
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 879-5000

Counsel for Defendant Streetline, Inc.