**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| OPEN PARKING, LLC,           )<br>                                              )<br>            Plaintiff,            )<br>                                              )<br>    v.                                    )<br>                                              )<br>STREETLINE, INC.,            )<br>                                              )<br>            Defendant.       ) | **Case No. 2:15-cv-299-CB** |

### MOTION FOR ADMISSION *PRO HAC VICE* OF NATHAN MAMMEN

Nathan Mammen, undersigned counsel for Defendant Streetline, Inc., hereby moves that Nathan Mammen, be admitted to appear and practice in this Court as counsel *pro hac vice* for Defendant Streetline, Inc. in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and his Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Nathan Mammen filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: June 17, 2015

s/Nathan Mammen
Nathan Mammen
D.C. Bar No. 982717
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000

Counsel for Defendant Streetline, Inc.