IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OPEN PARKING, LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STREETLINE, INC.<br><br>　　　　Defendant. | Civil Action No: 2:15-cv-00299-CB<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF DISMISSAL WITH PREJUDICE

AND NOW comes the plaintiff above-named, and by its counsel, provides notice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that the above-captioned matter is dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　STANLEY M. STEIN, P.C.

　　　　　　　　　　　　　　　　　　　By: /s/ Stanley M. Stein
　　　　　　　　　　　　　　　　　　　　　Stanley M. Stein, Esq.
　　　　　　　　　　　　　　　　　　　　　Pa ID # 10577
　　　　　　　　　　　　　　　　　　　　　445 Ft. Pitt Blvd.
　　　　　　　　　　　　　　　　　　　　　Suite 150
　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　　412-904-4573 (p)
　　　　　　　　　　　　　　　　　　　　　412-904-4726 (f)
　　　　　　　　　　　　　　　　　　　　　smstein@smsteinlaw.com

{S0505334.1}